FORREST A. HAINLINE (SBN 64166)
*fhainline@goodwinprocter.com*
ROBERT B. BADER (SBN 233165)
*rbader@goodwinprocter.com*
ELISE E. LEUNG (SBN 267250)
*eleung@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041

Attorneys for Defendant:
*Honest Tea, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT WITTHOFF, an individual, on behalf of himself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HONEST TEA, INC.; AND DOES 1 THROUGH 50<br><br>Defendants. | CASE NO.  CV-10-05442 (SBA)<br><br>**JOINT STIPULATION AND  ORDER TO EXTEND TIME TO MOVE TO REMAND AND TO FILE AMENDED COMPLAINT BY FOUR DAYS** |

This stipulation is between Plaintiff SCOTT WITTHOFF ("Plaintiff") and Defendant HONEST TEA, INC. ("Defendant").  The parties have agreed as follows:

WHEREAS, on October 29, 2010, Plaintiff filed a class action complaint in San Francisco Superior Court;

WHEREAS, on December 1, 2010, Defendant removed Plaintiff's class action complaint to this Court (Dkt.# 1);

LIBA/2141669.1

1  WHEREAS, on December 8, 2010, Defendant filed an answer to Plaintiff's complaint
2  (Dkt. #5);
3  In its notice of removal, Defendant argued that this Court has jurisdiction under the Class
4  Action Fairness Act because the parties are diverse and there is more than $5 million in
5  controversy;
6  Plaintiff has stated that he intends to file an amended Complaint that will clarify that he is
7  seeking on behalf of himself and a putative class a total of less than $5 million in damages, and
8  proposed that Defendant stipulate to a remand of this action to state court;
9  Plaintiff provided a draft amended complaint and proposed stipulation to remand this
10  action to state court to counsel for Defendant on December 29, 2010;
11  The current deadline for Plaintiff to file a motion for remand pursuant to 28 U.S.C. §
12  1447(c) and to file an amended complaint pursuant to Fed. R. Civ. P. 15(a) is Monday, January 3,
13  2011.
14  So that the parties may attempt to reach a stipulated agreement concerning remand and an
15  amended complaint, and in light of the unavailability of the principals of Defendant Honest Tea to
16  review Plaintiff's proposed amended complaint and proposed stipulation for remand before
17  January 3, 2011 during the present holiday schedule, the parties jointly stipulate to and request that
18  the Court order that Plaintiff's deadlines for filing a motion to remand pursuant to 28 U.S.C. §
19  1447(c) and to file an amended complaint pursuant to Fed. R. Civ. P. 15(a) <u>be extended by four
20  days, up to and including Friday, January 7, 2011.</u>
21  Neither party has previously requested an extension of time for this or any other deadline
22  in this action.
23  //
24  //
25  //
26  //
27  //
28  //

NOW THEREFORE, THE PARTIES STIPULATE AND AGREE TO THE FOLLOWING:

(1) Plaintiff's deadline to move to remand this action to state court, pursuant to 28 U.S.C. § 1447(c) shall be extended from Monday, January 3, 2011 up to and including Friday, January 7, 2011.

(2) Plaintiff's deadline to file an amended complaint pursuant to Fed. R. Civ. P. 15(a) shall be extended from Monday, January 3, 2011 up to and including Friday, January 7, 2011.

DATED this 30th day of December, 2010

/s/ Seth Safier
Seth Safier (SBN: 197427)
**GUTRIDE SAFIER LLP**
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 336-6545
Facsimile: (415) 449-6469
Attorney for Plaintiff

/s/ Forrest A. Hainline III
Forrest A. Hainline III (SBN: 64166)
*fhainline@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041
Attorneys for Defendant
*Honest Tea, Inc.*

IT IS SO ORDERED this _5th day of January, 2011.

_Saundra B. Armstrong_
The Honorable Saundra B. Armstrong
United States District Judge

**ATTESTATION OF SIGNATURE**
**(N.D. Cal. General Order No. 45)**

Pursuant to N.D. Cal. General Order No. 45 § X(B), I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained by all the signatories.

Dated: December 30, 2010            By:    /s/ Forrest A. Hainline III
                                                  Forrest A. Hainline III

**PROOF OF SERVICE**

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 30th day of December, 2010.

/s/ Forrest A. Hainline III
Forrest A. Hainline III

_____