1  **GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
2  SETH A. SAFIER (State Bar No. 197427)
835 Douglass Street
3  San Francisco, California 94114
4  Telephone: (415) 336-6545
Facsimile:  (415) 449-6469
5
Attorneys for Plaintiff
6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNA
9

| | |
|---|---|
| SCOTT WITTHOFF, an individual on behalf of himself, the general public and those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>HONEST TEA, INC.; AND DOES 1 THROUGH 50,<br><br>    Defendants | CASE NO.  CV-10-05442 (SBA)<br><br>JOINT STIPULATION AND ORDER (1) FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, (2) EXTENDING TIME TO MOVE TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES, AND (3) REMANDING CASE TO STATE COURT |

    This stipulation is between Plaintiff SCOTT WITTHOFF ("Plaintiff") and Defendant HONEST TEA, INC. ("Defendant").  The parties have agreed as follows:

    WHEREAS,

    On October 29, 2010, Plaintiff filed a class action complaint in San Francisco Superior Court;

    On December 1, 2010, Defendant removed Plaintiff's class action complaint to this Court (Dkt.# 1);

    On December 8, 2010, Defendant filed an answer to Plaintiff's complaint including forty-one (41) affirmative defenses (Dkt. #5);

    On December 14, 2010, Plaintiff filed a declination to proceed before a U.S. Magistrate Judge (Dkt.# 6);

    On December 16, 2010, Plaintiff's case was reassigned to this Court (Dkt.# 8);

    On December 22, 2010, this Court scheduled a case management conference for April 13,

2010 (Dkt.# 9);

In its notice of removal, Defendant argued that this Court has jurisdiction under the Class Action Fairness Act because the parties are diverse and there is more than $5 million in controversy;

Plaintiff disagreed and the parties met-and-conferred. Plaintiff also informed Defendant of his belief that many of the affirmative defenses were not properly pled;

Plaintiff served Defendant with a copy of the proposed First Amended Complaint attached hereto as Exhibit A, which ends the proposed class period at August 15, 2010;

Plaintiff filed a motion to strike Defendant's affirmative defenses (Dkt. #10); and

Plaintiff filed a motion to remand (Dkt.# 12), which Defendant does not oppose.

NOW THEREFORE, THE PARTIES STIPULATE AND AGREE TO THE FOLLOWING:

(1) Plaintiff stipulates that, he does not and will not seek on behalf of himself and all members of each putative class he seeks or will seek to represent, in the aggregate, an amount in excess of $4,999,999 in restitution, damages, attorneys' fees and costs;

(2) Upon entry of an order approving this stipulation, the First Amended Complaint attached hereto as Exhibit A shall be deemed filed.

(3) Defendant does, and will, not oppose Plaintiff's motion to remand.

(4) Upon entry of an order approving this stipulation, Plaintiff's Motion to Strike Affirmative Defenses pleaded in Defendant's Answer shall be rendered moot, and shall be deemed withdrawn;

(5) Defendants shall respond to the First Amended Complaint within the period provided by law. A general denial shall not be permitted.

(6) Plaintiff shall be permitted to demur to, or move to strike, any affirmative defenses pled in Defendant's answer to the First Amended Complaint within the period provided by law.

Dated: January 11, 2011

1  |  **GUTRIDE SAFIER LLP**

2  |  /s/ Seth A. Safier

3  |  _____
Seth Safier, Esq.,
4  |  Attorney for Plaintiff

5  |  **GOODWIN PROCTER LLP**

8  |  _____
Forrest A. Hainline III
9  |  Attorneys for Defendants

10  |  **SO ORDERED.**

12  |  Dated: 1/10/11        _____
Hon. Saundra B. Armstrong
13  |  United States District Court for the Northern District of California

3

**PROOF OF SERVICE**

I, Seth A. Safier, declare:

My business address is 835 Douglass Street, San Francisco, California. I am employed in the County of San Francisco, where this mailing occurs. I am over the age of 18 years and not a party to the within cause.

On January 3, 2011, I served the following documents:

ON THE FOLLOWING PERSON(S) IN THIS ACTION BY PLACING A TRUE COPY THEREOF AS FOLLOWS:

Forrest Hainline, Esq.
Goodwin Procter LLP
Counselors at Law
Three Embarcadero Center, 24th Floor
San Francisco, CA 94111
fhainline@ goodwinprocter.com

    [x]    BY ELECTRONIC MAIL. I caused said documents to be transmitted by electronic mail to the email address indicated after the address(es) via ECF.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on January 3, 2011, at San Francisco, California.

    /s/Seth A. Safier
    _____
    Seth A. Safier, Esq.
    835 Douglass Street
    San Francisco, California 94114

    Attorneys for Plaintiff